167 So. 917

## Leaper BRIDGES v. STATE.
### 8 Div. 170.

Court of Appeals of Alabama.
March 24, 1936.

SAMFORD, Judge.
Appeal dismissed.

173 So. 917

## Fred BROADFOOT v. STATE.
### 8 Div. 368.

Court of Appeals of Alabama.
Feb. 2, 1937.

BRICKEN, Presiding Judge.
Appeal dismissed.

170 So. 916

## Edmond BROOKS v. STATE.
### 4 Div. 250.

Court of Appeals of Alabama.
Nov. 10, 1936.

RICE, Judge.
Appeal dismissed.

169 So. 906

## T. R. BROOKS v. STATE.
### 8 Div. 272.

Court of Appeals of Alabama.
May 26, 1936.

BRICKEN, Presiding Judge.
Appeal dismissed.

169 So. 906

## Frank BROWN v. STATE.
### 8 Div. 310.

Court of Appeals of Alabama.

May 26, 1936.

RICE, Judge.
Affirmed.

170 So. 916

## Hardie (alias J. H.) BROWN v. STATE.
### 5 Div. 16.

Court of Appeals of Alabama.

Nov. 3, 1936.

John W. Bateman, Oakley W. Melton, and C. T. Reneau, all of Wetumpka, for appellant.

A. A. Carmichael, Atty. Gen., for appellee.

RICE, Judge.
Affirmed.

174 So. 898

## Henry BROWN v. STATE.
### 8 Div. 440.

Court of Appeals of Alabama.

May 25, 1937.

SAMFORD, Judge.
Appeal dismissed.